**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6705**

─────────────

In Re:  ARTHUR LEE TILLMAN,

Petitioner.

─────────────

On Petition for Writ of Mandamus.  (CA-99-81-3-MU)

─────────────

Submitted:  August 19, 1999          Decided:  August 26, 1999

─────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Arthur Lee Tillman, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Lee Tillman petitions this court for a writ of mandamus directing the district court for the Western District of North Carolina to rule on his 28 U.S.C. § 2241 (1994) petition. The district court denied his § 2241 petition on June 21, 1999. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. Petitioner's motion to consolidate is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

PETITION DENIED

2